

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-17-00673-CV

**BITTERROOT HOLDINGS LLC** (Cross-Appellee),
Appellant

v.

**HB PROPERTIES I LLC** (Cross-Appellant),
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01352
Honorable David A. Canales, Judge Presiding

# O R D E R

The appellant's second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to April 6, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court